UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: GERALD M. KING

Case No. 09-34237
Hon. JACQUELINE P. COX
Chapter 7

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $560,097.76 | Assets Exempt: | $99,333.00 |
| Total Distributions to Claimants: | $8,283.25 | Claims Discharged Without Payment: | $10,514.00 |
| Total Expenses of Administration: | $3,672.01 | | |

3) Total gross receipts of $19,468.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $7,513.57 (see **Exhibit 2**), yielded net receipts of $11,955.26 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $633,785.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | $0.00 | $3,672.01 | $3,672.01 | $3,672.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | $19,119.00 | $8,276.20 | $8,276.20 | $8,283.25 |
| TOTAL DISBURSEMENTS | $652,904.00 | $11,948.21 | $11,948.21 | $11,955.26 |

4) This case was originally filed under chapter 7 on 09/16/2009.
The case was pending for 7 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/13/2010         By: /s/ ALLAN J. DeMARS
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| preference recovery | 1141-000 | $12,000.00 |
| interest in non-exempt items of personal property | 1129-000 | $7,465.00 |
| interest on invested funds | 1270-000 | $3.83 |
| **TOTAL GROSS RECEIPTS** | | **$19,468.83** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Gerald M. King | surplus distribution | 8200-002 | $7,513.57 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$7,513.57** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Car Max | | $3,839.00 | $0.00 | $0.00 | $0.00 |
| Central Mtge Co. | | $245,600.00 | $0.00 | $0.00 | $0.00 |
| Flagstar | | $58,295.00 | $0.00 | $0.00 | $0.00 |
| US Bank Home Mtge | | $326,051.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$633,785.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $1,768.51 | $1,768.51 | $1,768.51 |
| Allan J. DeMars | 2200-000 | N/A | $11.50 | $11.50 | $11.50 |
| Allan J. DeMars | 3110-000 | N/A | $1,892.00 | $1,892.00 | $1,892.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,672.01 | $3,672.01 | $3,672.01 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Anne C. Grow | 7100-000 | $1,500.00 | $1,500.00 | $1,500.00 | $1,501.28 |
| Capital One | 7100-900 | $2,514.00 | $0.00 | $0.00 | $0.00 |
| Mary King | 7100-000 | $8,000.00 | $0.00 | $0.00 | $0.00 |
| US Dept of Education | 7100-000 | $7,105.00 | $6,776.20 | $6,776.20 | $6,781.97 |
| TOTAL GENERAL UNSECURED CLAIMS | | $19,119.00 | $8,276.20 | $8,276.20 | $8,283.25 |

EXHIBIT "8" - FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No. 09-34237
Case Name: GERALD M. KING
For Period Ending: 12/31/09

Trustee Name: Allan J. DeMars
Date Filed (f) or Converted (c): 9/16/09 (f)
§341(a) Meeting Date: 10/28/09
Claims Bar Date:

| 1 | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | residence at 3708 N. Kedvale, Chicago, IL | 340,000.00 | 0.00 | DA | | FA |
| 2 | 3506 N. Lavergne Ave., Chicago, IL | 225,000.00 | 0.00 | DA | | FA |
| 3 | cash | 20.00 | 0.00 | DA | | FA |
| 4 | savings account at W/E Trade Financial | 3,206.00 | 0.00 | DA | | FA |
| 5 | checking account at Fifth Third Bank | 1,000.00 | 0.00 | DA | | FA |
| 6 | checking account at ETrade | 714.76 | 0.00 | | 493.85 | FA |
| 7 | Checking account at Fifth Third Bank | 1,562.00 | 781.00 | | 781.08 | FA |
| 8 | household furnishings | 1,000.00 | 470.38 | | 338.38 | FA |
| 9 | wearing apparel | 1,500.00 | 0.00 | DA | | FA |
| 10 | watch/wedding band | 50.00 | 50.00 | | 50.00 | FA |
| 11 | golf clubs | 500.00 | 500.00 | | 500.00 | FA |
| 12 | Illinois Brightstart qualified college savings account | 13,713.00 | 0.00 | DA | | FA |
| 13 | IRA | 30,095.00 | 0.00 | DA | | FA |
| 14 | 401(k) | 32,625.00 | 0.00 | DA | | FA |
| 15 | stocks/mutual funds | 3,350.00 | 1,675.00 | | 2,751.19 | FA |

| | | | | |
|---|---|---|---|---|
| 16 | 2002 Oldsmobile Alero | 3,370.00 | 970.00 | FA |
| 17 | 2005 Dodge Caravan | 5,940.00 | 1,051.00 | FA |
| 18 | 1976 Grampian Sailboat | 3,000.00 | 0.00 | FA |
| 19 | laptop computer | 250.00 | 0.00 | FA |
| 20 | insider preference to Mary King | 12,000.00 | 12,000.00 DA | FA |
| 21 | interest on invested funds | | | FA |

| TOTALS (Excluding unknown values) | 17,497.38 | 19,468.83 | |
|---|---|---|---|

Line items with values:
- 16: DA
- 17 row: 1,050.50
- 18 row: 1,500.00
- 20 row: 12,000.00
- 21 row: 3.83

(Total Dollar Amount in Column 6)

Major activities affecting case closing:

Initial Projected Date of Final Report (TFR): February, 2010   Current Projected Date of Final Report (TFR): 2/4/10

**EXHIBIT "9" - FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 09-34237
Case Name: GERALD M. KING
Taxpayer ID#: 27-6287585
For Period Ending: 12/31/09

Trustee's Name: Allan J. DeMars
Bank Name: Bank of America
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 375 556 2434

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid to/ Received from | 4 Description of Transaction | 5 Uniform Transaction Code | 6 Deposit $ | 7 Disbursement $ | 8 Money Market Balance |
|---|---|---|---|---|---|---|---|
| 11/2/09 | Ref 20 | Mary King | return of insider preference | 1141-000 | 12,000.00 | | 12,000.00 |
| 11/30/09 | Ref 21 | Bank of America | interest on invested funds | 1270-000 | 0.89 | | 12,000.89 |
| 12/7/09 | Ref 6,7, 8,10,11, 15,17,18 | from debtor (loan from family members) | right, title and interest in non-exempt items | 1129-000 | 7,465.00 | | 19,465.89 |
| 12/31/09 | Ref 21 | Bank of America | interest on invested funds | 1270-000 | 1.23 | | 19,467.12 |
| 12/31/09 | Ref 21 | Bank of America | interest on invested funds | 1270-000 | 1.65 | | 19,468.77 |
| 2/2/10 | Ref 21 | Bank of America | interest on invested funds | 1270-000 | 0.06 | | 19,468.83 |
| 9/18/10 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,768.51 | 17,700.32 |
| 9/18/10 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 11.50 | 17,688.82 |
| 9/18/10 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,892.00 | 15,796.82 |
| 9/18/10 | Check 1004 | U.S. Dept. of Education | 726(a)(2) 100% + interest on claim | 7100-000 6,776.20 7990-000 5.77 | | 6,781.97 | 9,014.85 |

| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 3/18/10 | Check 1005 | Anne C. Grow | 726(a)(2) 100% + interest on claim | 7100-000 1,500.00 7990-000 1.28 | | 1,501.28 | 7,513.57 |
| 3/18/10 | Check 1006 | Gerald M. King | surplus to debtor | 8200-002 | | 7,513.57 | 0.00 |
| | | | COLUMN TOTALS | | 19,468.83 | 19,468.83 | 0.00 |
| | | | Less: Bank transfers/CD | | | | |
| | | | Subtotal | | 19,468.83 | 19,468.83 | |
| | | | Less: Payments to debtor(s) | | | | |
| | | | Net | | 19,468.83 | 19,468.83 | |

```
TOTAL - ALL ACCOUNTS              NET              NET
Checking#                       DEPOSITS       DISBURSEMENTS       BALANCES
Money Market # 375 556 2434    19,468.83       19,468.83            0.00
Savings #                      19,468.83       19,468.83            0.00
CD #CDI
Net                            19,468.83       19,468.83            0.00
                               Excludes account   Excludes payments   Total Funds
                               transfers          to debtor           on Hand
```